IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-1-D

HOUSEHOLD REALTY CORPORATION, )
and HSBC MORTGAGE SERVICES, INC., )
               )
        Appellant, )
               )
   v.            )     **ORDER**
               )
PEGGY DANIELS,        )
               )
        Appellee. )

     On April 26, 2016, Household Realty Corporation and HSBC Mortgage Service, Inc., moved to dismiss their appeal as moot. See [D.E. 18]. Counsel for Peggy Daniels consents. See id.

     The court has reviewed the record. The motion to dismiss [D.E. 18] has merit and is GRANTED. The appeal is DISMISSED as moot.

     SO ORDERED. This __11__ day of July 2016.

                      JAMES C. DEVER III
                      Chief United States District Judge